# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DIANE POTTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANPOWER PROFESSIONAL SERVICES, INC., A CORPORATION,<br><br>　　　　Defendant. | CV 10-445-PHX-MHM<br><br>Judge Mary H. Murguia<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSING COMPLAINT WITH PREJUDICE** |

　　　　Upon consideration of the parties' Joint Motion for Approval of Settlement and Dismissal of Complaint With Prejudice,

　　　　IT IS ORDERED that the Motion is hereby GRANTED.

　　　　IT IS FURTHER ORDERED that the settlement agreement is approved as a fair and reasonable resolution of a *bona fide* dispute.

　　　　IT IS FURTHER ORDERED that Defendant Manpower Professional Services, Inc. shall issue payments to Plaintiff Diane Potter and her counsel within fourteen (14) days of entry of this order in accordance with the terms of the settlement agreement; and

　　　　IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice in its entirety.

　　　　Dated this 23rd day of July, 2010.

_____
Mary H. Murguia
United States District Judge